UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO MENDOZA CHAVEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KINGS COUNTY JAIL, *et al*.,<br><br>　　　　Defendants. | Case No. 1:20-cv-00518-JDP<br><br>ORDER DIRECTING THE CLERK'S OFFICE TO CLOSE THE CASE<br><br>ECF No. 6<br><br>ORDER DENYING OUTSTANDING MOTION AS MOOT<br><br>ECF No. 2 |

　　　　Plaintiff Pablo Chavez has filed a notice of voluntary dismissal under Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure. *See* ECF No. 6. Plaintiff is on the only party to appear in this case. The clerk's office is therefore directed to close the case. Plaintiff's outstanding motion to proceed *in forma pauperis*, ECF No. 2, is denied as moot.

IT IS SO ORDERED.

Dated:　April 29, 2020　　　　　　　　　　　　　　　／s／ Jeremy Peterson
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

No. 205.

1