1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   PABLO M. CHAVEZ,                          **1:20-cv-00603-GSA-PC**

12          Plaintiff,                          **ORDER ADDRESSING PLAINTIFF'S**
                                                **MOTION FOR CLARIFICATION**
13       vs.                                    **(ECF No. 5.)**

14   KINGS COUNTY JAIL, et al.,                 **ORDER DIRECTING CLERK TO MOVE**
                                                **THE COMPLAINT FROM THIS CASE**
15          Defendants.                         **INTO CASE 1:20-cv-00369-EPG-PC AS**
                                                **THE FIRST AMENDED COMPLAINT**
16
                                                **ORDER ADMINISTRATIVELY**
17                                              **CLOSING THIS CASE**

18                                              **ORDER FOR CLERK TO DOCKET THIS**
                                                **ORDER   IN   CASES   1:20-cv-00369-EPG-**
19                                              **PC, 1:20-cv-00471-SKO-PC, AND 1:20-cv-**
                                                **00518-JDP-PC**
20

21   **I.      BACKGROUND**

22          Pablo M. Chavez ("Plaintiff") is a Kings County Jail inmate proceeding *pro se* with this

23   civil rights action pursuant to 42 U.S.C. § 1983.  The Complaint commencing this action was

24   filed on April 28, 2020.  (ECF No. 1.)  On May 11, 2020, Plaintiff filed a motion for clarification.

25   (ECF No. 5.)[1]

26

27   _____

        [1]  Plaintiff also filed the same motion for clarification in his cases 1:20-cv-00369-EPG-
28   PC, 1:20-cv-00471-SKO-PC, and 1:20-cv-00518-JDP-PC.  (Court Record.)

                                                1

1

## II.   PLAINTIFF'S MOTION FOR CLARIFICATION

2

Plaintiff requests clarification of the status of four of his cases:

3

(1)    1:20-cv-00369-EPG-PC ("**20-369**");

4

(2)    1:20-cv-00471-SKO-PC ("**20-471**");

5

(3)    1:20-cv-00518-JDP-PC ("**20-518**"); and

6

(4)    1:20-cv-00603-GSA-PC ("**20-603**").

7

Plaintiff asserts that he amended three of the cases – **20-369**, **20-471**, and **20-518** -- and

8

joined those cases together into case **20-603**.  Plaintiff now questions why he was granted leave

9

to amend the complaint in case **20-369** when he already amended it in case **20-603**.

10

## III.   DISCUSSION

11

The court finds the following on the court's record:

12

On April 27, 2020, Plaintiff voluntarily dismissed cases **20-471** and **20-518** as duplicative of case **20-369**.  (20-471, ECF No. 7; 20-518, ECF No. 6.)  Therefore,

13

only two of the four cases at issue are currently pending, cases **20-369** and **20-603**;

14

15

On April 27, 2020, Plaintiff filed a motion to amend the complaint in case **20-369** (20-369, ECF No. 11.)

16

On April 28, 2020, Plaintiff submitted a complaint to the court, which was used to open a new case **20-603**; (20-603, ECF No. 1.) and,

17

18

On April 30, 2020, Plaintiff's motion to amend the complaint in case **20-369** was granted.  (20-369, ECF No. 12.)

19

The court has reviewed the complaints in cases **20-369** and **20-603** and finds that the

20

complaint used to open case **20-603** should be moved into case **20-369** as a First Amended

21

Complaint, and that case **20-603** should be dismissed based on the following: Plaintiff's

22

understanding of the cases expressed in his motion for clarification; the similarities of the

23

allegations, claims, and requested relief in the two complaints; the order of events in the two

24

cases; and the motion to amend filed by Plaintiff and granted in case **20-369**.   Therefore, the

25

court shall direct the Clerk to move the complaint filed in this case on April 28, 2020 into case

26

**20-369**, and then administratively close this case.

27

///

28

///

///

## IV.   CONCLUSION

Based on the foregoing, **IT IS HEREBY ORDERED** that:

1.   The court finds that the original complaint filed in this case, **20-603**, should be filed as the First Amended Complaint in case **20-369**;

2.   The Clerk is directed to:

(1)   MOVE the original Complaint from this case **20-603** into case **20-369** as the First Amended Complaint;

(2)   Administratively CLOSE this case **20-603**; and

(3)   DOCKET this order in these cases:

**20-603 (this case),**

**20-369,**

**20-471,** and

**20-518.**

IT IS SO ORDERED.

Dated:   **May 13, 2020**                    **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE